# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al.,

   Plaintiff(s),

v.

ACCELERATED CONSTRUCTION, INC., et al.,

   Defendant(s).

Case No.: 2:19-cv-01191-RFB-NJK

**ORDER**

(Docket No. 36)

Pending before the Court is Plaintiffs' motion to compel responses to requests for production of documents and interrogatories. Docket No. 36. Defendants Accelerated Construction, Inc., Steed Bros. Construction LLC, and Kenneth Small failed to respond by the deadline to do so. *See* Docket. That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d).

Accordingly, the Court **GRANTS** the motion to compel. Docket No. 36. Defendants must respond to Plaintiffs' requests for production of documents and interrogatories no later than April 6, 2020. The Court further **GRANTS** Plaintiffs' request for attorney's fees and costs associated with moving to compel. No later than April 1, 2020, Plaintiffs must file a motion containing all necessary proof for the fees and costs they request. Defendants shall respond no later than April 15, 2020, and Plaintiffs may file any reply no later than April 22, 2020.

IT IS SO ORDERED.

Dated: March 25, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1