**SUBA**
BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
Brandon L. Phillips, Attorney at Law, PLLC
1455 E. Tropicana Ave., Suite 750
Las Vegas, NV 89119
702-795-0097, 702-795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Defendants, Accelerated Construction, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCELERATED CONSTRUCTION, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:19-cv-01191-RFB-NJK |

ORDER GRANTING
**STIPULATION TO CONTINUE DISCOVERY RESPONSES AND OPPOSITION TO**

**PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS**

NOW COMES before this Court, the Parties request that this Court enter the Stipulation agreed to by and between the Parties regarding, Plaintiff's Motion to Compel Discovery Responses from the remaining Defendants. On March 26, 2020, the Court entered an Order GRANTING Plaintiff's Motion to Compel and requiring the Defendants to respond to the discovery requests.

On April 1, 2020, the Governor issued a revised Emergency Directive for the State of Nevada due to the COVID-19 pandemic. The stay at home Order and social distancing

limitations has caused certain difficulties in Defendants' ability to timely and effectively comply with this Court's Order. As a professional courtesy the Parties have stipulated to the following response dates:

1. Defendants' discovery responses: April 13, 2020.

2. Defendants' response to Plaintiff's Motion for Attorneys' Fees: April 17, 2020;

3. Plaintiff's reply to Defendants' response: April 24, 2020.

Plaintiff reserves the right to seek additional sanctions through a motion should Defendants' fail to comply.

The parties have entered into this stipulation and request approval from this Court to do so.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: April 9, 2020

Dated: April 9, 2020

BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC

CHRISTENSEN JAMES & MARTIN

/s/ Brandon L. Phillips

/s/ Wesley Smith

BRANDON L. PHILLIPS, ESQ.
Nevada Bar No.: 12264
1455 E. Tropicana Ave., Ste. 750
Las Vegas, NV 89119
*Attorney for Defendants*

WESLEY SMITH, ESQ.
Nevada Bar No. 11871
7440 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Plaintiff*

*Board of Trustees v. Accelerated Const., et. al.*
Case No.: 2:19-cv-01191-RFB-NJK

**ORDER**

IT IS SO ORDERED.

Dated: April  10  , 2020.

_____
UNITED STATES MAGISTRATE JUDGE