KURT C, FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
*Attorneys for Platte River Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE T RUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE,<br><br>            Plaintiffs,<br>vs.<br><br>ACCELERATED CONSTRUCTION, INC., a Nevada corporation; STEED BROS. CONSTRUCTION, LLC, a Nevada Limited | Case No.:   2:19-cv-01191-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT PLATTE RIVER INSURANCE COMPANY** |

1

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

Liability Company; CARL W. SHEETS, an individual; PATSY J. SHEETS, an individual; AXIS CONTRACTING, LLC, a Nevada limited liability company formerly known as ACCELERATED CONTRACTORS, LLC; KENNETH C. SMALL, individually and dba 3W CONTRACTORS, a Nevada sole proprietorship; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HUDSON INSURANCE COMPANY, a Delaware corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,

Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT PLATTE RIVER INSURANCE COMPANY

IT IS HEREBY STIPULATED, by and between Plaintiffs Board of Trustees of the Painters and Floorcoverers Joint Committee, et al., through their attorneys of record, Christensen James & Martin, Chtd., and Defendant Platte River Insurance Company, through their attorneys of record, The Faux Law Group, that the parties agree as follows:

1. Any and all claims against Defendant Platte River Insurance Company in the above-captioned matter are hereby dismissed with prejudice; and,

///
///
///
///
///
///
///
///
///

2

2. Each party will bear its own attorney fees and costs, except that Platte River Insurance Company does not waive its indemnity rights against Accelerated Construction, Inc. and Carl W. Sheets.

DATED this 19th day of May, 2020  DATED this 19th day of May, 2020

CHRISTENSEN JAMES & MARTIN, CHTD.  THE FAUX LAW GROUP

By: /s/ Wesley J. Smith  
    Wesley J. Smith, Esq.  
    Nevada Bar No. 11871  
    7440 W. Sahara Ave.  
    Las Vegas, Nevada 89117  
    Attorneys for Plaintiffs

By: /s/ Willi H. Siepmann  
    Kurt C. Faux, Esq.  
    Nevada Bar No. 3407  
    Willi H. Siepmann, Esq.  
    Nevada Bar No. 2478  
    2625 N. Green Valley Parkway, #100  
    Henderson, Nevada 89014  
    Attorneys for Defendant Platte River Insurance Company

**ORDER**

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

DATED this 19th day of May, 2020.

Respectfully submitted by:

THE FAUX LAW GROUP

By: /s/ Willi H. Siepmann  
    Kurt C. Faux, Esq.  
    Nevada Bar No. 3407  
    Willi H. Siepmann, Esq.  
    Nevada Bar No. 2478  
    2625 N. Green Valley Parkway, #100  
    Henderson, Nevada 89014  
    Attorneys for Defendant Platte River Insurance Company