AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
PAINTERS AND FLOORCOVERERS
JOINT COMMITTEE, et al.,
          Plaintiffs,
   v.

ACCELERATED CONSTRUCTION,
INC., et al.,
          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-01191-RFB-NJK

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

is hereby entered in favor of Plaintiffs against Defendants.  Plaintiff's are awarded attorneys' fees of $1468.80. Payment must be made no later than August 10, 2020.

7/13/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk