**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin, Esq. (NV Bar No. 6735)
Wesley J. Smith, Esq. (NV Bar No. 11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELERATED CONSTRUCTION, INC., at al.,<br><br>Defendants. | CASE NO.: 2:19-cv-01191-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF JOINT PRETRIAL ORDER** |

Plaintiffs, and Defendants Accelerated Construction, Inc., Steed Bros. Construction LLC, American Contractors Indemnity Company, and Kenneth C. Small (individually and dba 3W Contractors), each acting through their respective counsel (the "Parties") respectfully request the Court's Order extending the date for the filing of a Joint Pretrial Order.

The Court stated during a motion hearing held on March 26, 2021 that the transcript of the hearing would serve as the Court's Order. The Parties disagree about the effect of certain statements made by the Court during the hearing and they cannot prepare an effective Pretrial Order until the disagreement is resolved. On April 7, 2021, Plaintiffs formally requested a copy of the hearing transcript and the Parties anticipate resolving their disagreement upon its receipt. Given the time required for Court staff to prepare and serve

the hearing transcript and given current attorney workloads for other cases, the Parties will be unable to file a Joint Pretrial Order by the current deadline of April 21, 2021.

The Parties therefore respectfully and jointly request the Court's Order extending the due date for filing the Joint Pretrial Order to May 14, 2021, or fourteen (14) days after the transcript of the March 26, 2021 motion hearing is produced by Court staff to Plaintiffs, whichever is later.

Respectfully submitted this 19th day of April, 2021.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN** | **BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC** |
| By:  /s/ Daryl E. Martin<br>Daryl E. Martin, Esq.<br>Nevada Bar No. 6735<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Ph: (702) 255-1718<br>Email: dem@cjmlv.com<br>*Attorneys for Plaintiffs* | By:     /s/ Brandon L. Phillips<br>Brandon L. Phillips, Esq.<br>Nevada Bar No. 12264<br>1455 E. Tropicana Ave Suite 750<br>Las Vegas, NV 89119<br>Tel: (702) 795-0097<br>Email: blp@abetterlegalpractice.com<br>*Attorneys for Defendants Accelerated Construction, Inc., Steed Bros. Construction LLC, Kenneth C. Small, both individually and dba 3W Contractors, and American Contractors Indemnity Company* |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of April, 2021.

Submitted by:
**CHRISTENSEN JAMES & MARTIN**

By:  /s/ *Daryl E. Martin*
Daryl E. Martin, Esq.
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

N/A

☐ ELECTRONIC MAIL: By sending the above-referenced document via electronic mail to those persons and those addresses listed below:

N/A

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list (if any) at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**

By: ___/s/ Natalie Saville___

-3-