# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al., <br><br>    Plaintiffs,<br><br>v.<br><br>ACCELERATED CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No. 2:19-cv-01191-RFB-NJK<br><br>**Order** |

    Pending before the Court is Defendants' motion for a settlement conference.  Docket No. 74.  Plaintiffs must file a response no later than January 7, 2022.  Any reply must be filed no later than January 11, 2022.

    IT IS SO ORDERED.

    Dated: December 27, 2021

                                                                 Nancy J. Koppe<br>                                                                 United States Magistrate Judge