# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELERATED CONSTRUCTION, INC., *et al.*,<br><br>Defendants. | Case No. 2:19-cv-01191-RFB-NJK<br><br>**Order** |

The parties requested a settlement conference on the premise that they had made "progress" in resolving the case. *See, e.g.*, Docket No. 91. The Court has now received the parties' settlement statements and, based on the representations made therein, it appears that holding a settlement conference would be futile. Accordingly, the settlement conference is **VACATED**.[1]

IT IS SO ORDERED.

Dated: April 24, 2024

											 _____
											 Nancy J. Koppe
											 United States Magistrate Judge

---

[1] Of course, nothing herein precludes the parties from continuing to discuss settlement and/or from utilizing private alternative dispute resolution services.

1