**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin, Esq. (NV Bar No. 6735)
Wesley J. Smith, Esq. (NV Bar No. 11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ACCELERATED CONSTRUCTION, INC., at al., <br><br> Defendants. | CASE NO.: 2:19-cv-01191-RFB-NJK <br><br> **STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST AMERICAN CONTRACTORS INDEMNITY COMPANY AND KENNETH C. SMALL, INDIVIDUALLY AND DBA 3W CONTRACTORS** |

Plaintiffs and Defendants Accelerated Construction, Inc., Steed Bros. Construction LLC, Kenneth C. Small, both individually and dba 3W Contractors, and American Contractors Indemnity Company (the "Parties"), each acting by and through their respective counsel of record, agree and request the Court's Order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) dismissing all claims asserted by Plaintiffs against American Contractors Indemnity Company ("ACIC") and Kenneth C. Small individually ("Small") and dba 3W Contractors ("3W Contractors"). In connection with the claims dismissed by this stipulated order, Plaintiffs, ACIC, Small, and 3W Contractors shall bear their own attorney's fees and costs. This Stipulation is intended to dismiss from this action only Defendants ACIC, Small, and 3W Contractors. All other relief sought by Plaintiffs and all claims asserted against other

Defendants, including claims, orders, and judgments sought against Accelerated Construction, Inc., Steed Bros. Construction, LLC, Axis Contracting, LLC, and Carl W. Sheets, shall not be affected by this stipulation.

The Parties therefore respectfully and jointly request the Court's Order dismissing Plaintiffs' claims against ACIC, Small, and 3W Contractors.

Respectfully submitted this 9th day of July, 2025.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN** | **HOLLAND & HART** |
| By: /s/ Daryl E. Martin<br>Daryl E. Martin, Esq. (6735)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Ph: (702) 255-1718<br>Email: dem@cjmlv.com<br>*Attorneys for Plaintiffs* | By: */s/ Joseph G. Went*<br>Joseph G. Went, Esq. (9220)<br>9555 Hillwood Dr., 2nd Floor<br>Las Vegas, NV 89134<br>Ph: (702) 699-4600<br>Email: jgwent@hollandhart.com<br>*Attorneys for Defendants Accelerated Construction, Inc., Steed Bros. Construction LLC, Kenneth C. Small, both individually and dba 3W Contractors, and American Contractors Indemnity Company* |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

_____
United States District Judge

Dated: July 10, 2025

Submitted by:
CHRISTENSEN JAMES & MARTIN

By: /s/ *Daryl E. Martin*
Daryl E. Martin, Esq.
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

N/A

☐ ELECTRONIC MAIL: By sending the above-referenced document via electronic mail to those persons and those addresses listed below:

N/A

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list (if any) at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**

By: ___/s/ Natalie Saville___